IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SHIRLEY SCRETCHING : CIVIL ACTION
:
:
V. :
:
:
CHELTEN MARKET, INC. : NO. 20-5194

## O R D E R

**AND NOW,** this 10th day of May 2021, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to the agreement of counsel without costs.

Kate Barkman
Clerk of Court


By:     _s/ Joseph Walton_____
*Deputy Clerk*

Civ. 2 41.1(b) (3/18)